## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

James Doe                                    C.A. No. 20-cv-1338

vs.                                               Judge Carl J. Barbier

The Roman Catholic Church of             Mag. Dana C. Douglas
The Archdiocese of New Orleans,
et al

## <u>MOTION TO REMAND</u>

         Now Into Court, through undersigned counsel, comes Plaintiff, under the pseudonym James Doe, who respectfully moves this Court for an Order remanding this case to Civil District Court for the Parish of Orleans. This matter should be remanded for the following non-exclusive reasons: (1) the mandatory abstention doctrine requires remand; (2) alternatively, the permissive abstention doctrine strongly favors remand; and (3) equity requires remand.

                                     Respectfully submitted:

                                     **/s Soren E. Gisleson**
                                     **SOREN E. GISLESON (#26302)**
                                     **JOSEPH E. "JED" CAIN (#29785)**
                                     Herman, Herman & Katz, L.L.C.
                                     820 O'Keefe Avenue
                                     New Orleans, Louisiana 70113
                                     Office: 504-581-4892
                                     Fax: 504-561-6024
                                     Email: SGISLESON@hhklawfirm.com
                                     Email: JCAIN@hhklawfirm.com

AND

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN~DENENEA, L.L.C.**
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

AND

**RICHARD C. TRAHANT (# 22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 7th day of July, 2020.

S/Soren E. Gisleson