UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DOE** | CIVIL ACTION |
| Plaintiff, | NO. 20-cv-1338 |
| v. | SECTION "J"(3) |
| **ARCHDIOCESE OF NEW ORLEANS INDEMNITY, INC., et al** | |
| Defendants. | |

# NOTICE

NOW INTO COURT, through undersigned counsel, comes the plaintiff, alias James Doe, who submits the instant Notice informing this Court of the Notice of Appeal filed into the Bankruptcy Court appealing the Bankruptcy Court's August 4, 2021 *Memorandum & Order* [Rec. Doc. 991]. *Notice of Appeal*, attached as Exhibit 1. Plaintiff requested that the appeal be lodged in this Court after the Bankruptcy Court decides the *Motion of the Official Committee of Unsecured Creditors to Amend Findings Entered Under August 4, 2021Memorandum Opinion and Order Pursuant to Federal Rule of Bankruptcy Procedure 7052*, and the record is lodged.

Respectfully submitted,

/s Soren Gisleson
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

1

-AND-

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

*Attorneys for Movant, James Doe*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 18th day of August, 2021.

S/Soren E. Gisleson

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC CHURCH OF ) | |
| THE ARCHDIOCESE OF NEW ORLEANS ) | Section "A" |
| ) | |
| Debtor. ) | Chapter 11 |

## ABUSE CLAIMANTS ED ROE'S and JAMES DOE'S NOTICE OF APPEAL
### [Relates to Rec. Doc. #991 & #1005]

NOW COME state court sexual abuse plaintiffs Ed Roe and James Doe, with litigation (EDLA No. 20-1340 and EDLA No. 20-1338, respectively) filed against the above-captioned debtor and debtor in possession (the "Archdiocese" or the "Debtor"), and unsecured creditors in the bankruptcy, who file this *Notice of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8001 & 8002*.

1. Ed Roe and James Doe hereby appeal the Bankruptcy Court's August 4, 2021 *Memorandum & Order* [Rec. Doc. 991].

2. Ed Roe and James Doe filed a *Joinder in Reference to the Motion of the Official Committee of Unsecured Creditors to Amend Findings Entered Under August 4, 2021 Memorandum Opinion and Order Pursuant to Federal Rule of Bankruptcy Procedure 7052*. [Rec. Docs. 1007 & 1008, respectively]

3. The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:



EXHIBIT 1

1

| The Official Committee of Unsecured Creditors<br><br>Omer F. Kuebel, III<br>C. Davin Boldissar<br>Locke Lord LLP<br>601 Poydras Street, Suite 2660<br>New Orleans, Louisiana 70130-6036<br>Telephone: (504) 558-5111<br>Facsimile: (504) 558-5200<br>Email: dboldissar@lockelord.com<br>       rkuebel@lockelord.com<br><br>James I. Stang<br>*(Pro Hac Vice Submitted)*<br>Linda F. Cantor<br>*(Pro Hac Vice Submitted)*<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA 90067<br>Telephone: (310)-277-6910<br>Facsimile: (310)-201-0760<br>Email:  jstang@pszjlaw.com<br>       lcantor@pszjlaw.com | The Roman Catholic Church of the Archdiocese of New Orleans<br><br>R. Patrick Vance<br>Elizabeth J. Futrell<br>Mark A. Mintz<br>Laura F. Ashley<br>Jones Walker LLP<br>201 St. Charles Avenue, 51st Floor<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 589-8260<br>Email: pvance@joneswalker.com<br>Email: efutrell@joneswalker.com<br>Email: mmintz@joneswalker.com<br>Email: lashley@joneswalker.com |
| --- | --- |
| The Apostolates<br><br>Douglas S. Draper<br>Leslie A. Collins<br>Michael E. Landis<br>Heller, Draper & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103<br>Telephone: 504.299.3300<br>Fax: 504.299.3399<br>ddraper@hellerdraper.com<br>lcollins@hellerdraper.com<br>mlandis@hellerdraper.com | Hancock Whitney Bank<br><br>David F. Waguespack<br>Stephen P. Scullin<br>Peter J. Segrist<br>Carver Darden Koretzky Tessier Finn Blossman & Areaux, L.L.C.<br>1100 Poydras Street, Suite 3100<br>New Orleans, Louisiana 70163-1102<br>Telephone: (504) 585-3800<br>Facsimile: (504) 585-3801<br>waguespack@carverdarden.com<br>scullin@carverdarden.com<br>segrist@carverdarden.com |
| James Doe<br><br>Soren E. Gisleson<br>Joseph E. "Jed" Cain<br>Herman, Herman & Katz, L.L.C.<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | Ed Roe<br><br>Soren E. Gisleson<br>Joseph E. "Jed" Cain<br>Herman, Herman & Katz, L.L.C.<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 |

| | |
|---|---|
| Office: 504-581-4892<br>Fax: 504-561-6024<br>Email: SGISLESON@hhklawfirm.com<br>Email: JCAIN@hhklawfirm.com<br><br>John H. Denenea, Jr.<br>Shearman~Denenea, L.L.C.<br>4240 Canal Street<br>New Orleans, LA 70119<br>Telephone: (504) 304-4582<br>FAX: (504) 304-4587<br>Email: jdenenea@midcitylaw.com<br><br>Richard C. Trahant<br>Attorney at Law<br>2908 Hessmer Avenue<br>Metairie, LA 70002<br>Telephone: (504) 780-9891<br>FAX: (504) 780-9891<br>Email: trahant@trahantlawoffice.com | Office: 504-581-4892<br>Fax: 504-561-6024<br>Email: SGISLESON@hhklawfirm.com<br>Email: JCAIN@hhklawfirm.com<br><br>John H. Denenea, Jr.<br>Shearman~Denenea, L.L.C.<br>4240 Canal Street<br>New Orleans, LA 70119<br>Telephone: (504) 304-4582<br>FAX: (504) 304-4587<br>Email: jdenenea@midcitylaw.com<br><br>Richard C. Trahant<br>Attorney at Law<br>2908 Hessmer Avenue<br>Metairie, LA 70002<br>Telephone: (504) 780-9891<br>FAX: (504) 780-9891<br>Email: trahant@trahantlawoffice.com |

4. Ed Roe and James Doe elect to have the appeal heard by the District Court in which their individual cases are pending.

5. Ed Roe and James Doe request that the appeal record be prepared and filed into their respective cases pending in the Eastern District of Louisiana.

WHEREFORE Ed Roe and James Doe respectfully request that the appeal and its record be designated and transmitted to their respective cases pending before the District Court.

Dated: August 18, 2021

Respectfully submitted,

*/s/ Soren E. Gisleson*
**SOREN E. GISLESON (#26302)**
**JOSEPH E. "JED" CAIN (#29785)**
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Office: 504-581-4892
Fax: 504-561-6024
Email: SGISLESON@hhklawfirm.com
Email: JCAIN@hhklawfirm.com

**-AND-**

**JOHN H. DENENEA, JR. (#18861)**
**SHEARMAN~DENENEA, L.L.C.**
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
Email: jdenenea@midcitylaw.com

**-AND-**

**RICHARD C. TRAHANT (#22653)**
**ATTORNEY AT LAW**
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

*Attorneys for Ed Roe and James Doe*

## CERTIFICATE OF SERVICE

       I hereby caused a true and correct copy of the foregoing *Notice of Appeal* to be served on August 18, 2020 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's *Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures* through the Master Service List via first-class United States mail, postage prepaid, to be sent on August 18, 2021.

                                            */s/ Soren E. Gisleson*
                                            Soren E. Gisleson